IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                              PLAINTIFF

v.                                           Case No. 2:11-CV-02184

BIG LOTS STORES, INC.                                                                              DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On November 20, 2012, Plaintiff provided the Court with a Consent Decree, signed by counsel to all parties, which constitutes a final resolution and settlement of Plaintiff's claims in this matter. The Consent Decree has been approved by the Court and will enter contemporaneously.

Accordingly, it is ORDERED that the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the Consent Decree.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that a provision of the Consent Decree has not been completed and that a party wishes this Court to enforce the Consent Decree specifically.

IT IS SO ORDERED this 26th day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE